UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLENE M. HAMILTON,

    Plaintiff,                                    Case No. 09-11553

v.

                                           Hon. John Corbett O'Meara

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the court is Magistrate Judge R. Steven Whalen's August 15, 2011 report and recommendation. Defendant filed an objection to the report and recommendation on August 29, 2011.

This court "shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). The court "may accept, reject or modify, in whole or in part, the findings or recommendations made by the magistrate." Id.

Having thoroughly reviewed the entire record, the court finds that Magistrate Judge Whalen reached the correct conclusions. Accordingly, the court will overrule Defendant's objection.

IT IS HEREBY ORDERED that the report and recommendation is ADOPTED as the court's findings and conclusions.

                                                        s/John Corbett O'Meara
                                                        United States District Judge

Date: April 24, 2013

    I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, April 24, 2013, using the ECF system.

                                                        <u>s/William Barkholz</u>
                                                        Case Manager